## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| James Derek Gorney, | Civil No. 10-2386 (RHK/JSM) |
| Plaintiff, | **NOTICE OF TRIAL AND SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS** |
| vs. | |
| Hansen Beverage Company, Cold Spring Brewing Company, Ball Corporation, | |
| Defendants. | |

---

The above matter is deemed ready for trial before the undersigned as of June 1, 2011, in St. Paul, Minnesota.

The trial materials listed below are to be **EXCHANGED AND FILED** in accordance with the following schedule:

By <u>May 18, 2011</u>:

(1)   All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2)   Designation and copies of proposed deposition testimony;

(3)   Motions in Limine with supporting briefs; and

(4)   Trial Brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By <u>May 24, 2011</u>:

(1)   Responsive Briefs to Motions in Limine;

(2)   Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and

2

   objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By <u>May 27, 2011</u>:  Responses to the Written Objections.

Dated:  March 29, 2011

            <u>s/Richard H. Kyle</u>
            RICHARD H. KYLE
            United States District Judge