# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| James Derek Gorney, | Civil No. 10-2386 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Hansen Beverage Company, Cold Spring Brewing Company, Ball Corporation, | |
| Defendants. | |

---

The Court's Notice of Trial and Schedule for Submission of Trial Materials (Doc. No. 25) is **VACATED**.

Dated: March 29, 2011

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge